UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE )
ZURICH AMERICAN INSURANCE )  CIVIL ACTION NO. 05-427
COMPANY )

**PROPOSED ORDER**

On ~~October __, 2005,~~ JAN. 4, 2006 petitioner Zurich American Insurance Company's Motion for Issuance of Subpoena Pursuant to 5 U.S.C. § 552a(b) was ~~heard before~~ considered by this Court. Having considered the papers submitted by petitioner and being fully informed,

**IT IS HEREBY ORDERED** that this Court shall issue a subpoena requiring the Federal Bureau of Investigation ("FBI") to produce all documents in its custody, possession or control that relate to Karen Leigh Mitchell's conditional appointment as a special agent with the FBI and the subsequent revocation of that appointment and to produce a witness competent to testify due to his or her knowledge about Ms. Mitchell's conditional appointment as a special agent and the subsequent revocation of that appointment.

Dated: ~~October __, 2005~~ JAN. 4, 2006

_____
Judge
United States District Court for the
District of Columbia