UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE                                          )
ZURICH AMERICAN INSURANCE          )          CIVIL ACTION NO. 05-427
COMPANY                                     )
                                                  )
                                                  )

## PROPOSED ORDER

On ~~October ___, 2005~~ *JAN. 4, 2006*, petitioner Zurich American Insurance Company's Motion to Compel Disclosure of Information Pursuant to 5 U.S.C. § 552a(b) was ~~heard before~~ *considered by* this Court. Having considered the papers submitted by petitioner and being fully informed,

**IT IS HEREBY ORDERED** that the Federal Bureau of Investigation ("FBI") shall produce all documents in its custody, possession or control that relate to Karen Leigh Mitchell's conditional appointment as a special agent with the FBI and the subsequent revocation of that appointment. It is further ordered that the FBI shall produce a witness competent to testify due to his or her knowledge about Ms. Mitchell's conditional appointment as a special agent and the subsequent revocation of that appointment.

Dated: ~~October ___, 2005~~ *JAN. 4, 2006*

_____
Judge
United States District Court for the
District of Columbia

Firmwide:80480873.1 044898.1006